JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

D.A. DAVIDSON TRUST COMPANY, F.S.B., IN ITS CAPACITIES AS ATTORNEY-IN-FACT FOR EDELTRAUD LACKEY-SHOPPER AND SUCCESSOR TRUSTEE FOR THE LACKEY-SHOPPER FAMILY TRUST,

      Plaintiff,

    vs.

CITIBANK, N. A.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cv-07693-JFW-MBKx

**JUDGMENT**

The Court having considered the Motion for Partial Summary Judgment of Plaintiff D.A. Davidson Trust Company, F.S.B., Defendant CitiBank, N.A.'s Notice of Non-Opposition, and the record in this action, and having issued its Order Granting Plaintiff's Motion for Partial Summary Judgment on June 9, 2026,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Judgment is entered in favor of Plaintiff D.A. Davidson Trust Company, F.S.B., in its Capacities as Attorney-in-Fact for Edeltraud Lackey-Shopper and Successor Trustee for the Lackey-Shopper Family Trust, and against Defendant CitiBank, N.A. on Plaintiff's Third Cause of Action for Declaratory Relief.

1

**JUDGMENT**

2. The Court declares that the Power of Attorney executed by Edeltraud Lackey-Shopper on November 20, 2023, appointing D.A. Davidson Trust Company, F.S.B. as attorney-in-fact, is valid and effective.

3. The Court further declares that D.A. Davidson Trust Company, F.S.B., as attorney-in-fact for Edeltraud Lackey-Shopper, has authority to act on her behalf with respect to all CitiBank account(s) in her name or the name of her trust, including but not limited to accounts ending in 9876, 9868, 8159, 3578, 3594, 6558, 6947, 6996, 3552, and 8470, including authority to request and receive disbursement of funds and to direct transactions consistent with the Power of Attorney.

4. Defendant CitiBank, N.A. is required to recognize D.A. Davidson Trust Company, F.S.B.'s authority under the Power of Attorney with respect to the account(s) identified above, and any other accounts in Edeltraud Lackey-Shopper's name or the name of her trust subject to lawful compliance requirements not inconsistent with this Judgment.

5. Defendant CitiBank, N.A. shall discharge its obligations by closing the accounts in Edeltraud Lackey-Shopper's name or the name of her trust and turning over all funds in those accounts to D.A. Davidson Trust Company, F.S.B.

6. Plaintiff's First Cause of Action for Breach of Contract and Second Cause of Action for Conversion have been dismissed pursuant to Plaintiff's Request for Dismissal.

7. The parties shall bear their own attorneys' fees and costs, and no party shall be awarded fees or costs from the other.

8. This Judgment resolves all claims in this action.

IT IS SO ORDERED.

Dated: June 17, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2

**JUDGMENT**